UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>　　　　　Defendants. | No. 1:24-cv-00161-LG-BWR |

**NOTICE OF APPEAL**

　　Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's July 3, 2024 Memorandum Opinion and Order, ECF No. 29, and the Court's July 3, 2024 Preliminary Injunction, ECF No. 30.

| | |
|---|---|
| Dated: August 30, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Zachary W. Sherwood*<br>ZACHARY W. SHERWOOD<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>zachary.w.sherwood@usdoj.gov<br>(202) 616-8467<br><br>*Counsel for Defendants* |