# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 18, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60462   State of Tennessee v. Kennedy
                   USDC No. 1:24-CV-161

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Jorge Benjamin Aguinaga
Mr. James A. Barta
Mr. Alexander Barrett Bowdre
Mr. Kevin Costello
Mr. Thomas Elliot Gaiser
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskins, II
Mr. Steven James Griffin
Mr. John Hail Heyburn
Mr. Thomas T. Hydrick
Mr. Lincoln J. Korell
Mr. Matthew F. Kuhn
Mr. Seth W. Lloyd
Mr. Justin Lee Matheny
Ms. Deanne Maynard
Ms. McKaye Lea Neumeister
Ms. Martha Jane Perkins
Mr. Stephen John Petrany
Mr. Anthony J. Powell
Mr. Harvey L. Reiter
Mr. James Matthew Rice
Mr. Charles Wylie Scarborough
Ms. Kelsey LeeAnn Smith
Mr. Scott G. Stewart
Mr. Jonathan K Van Patten
Mr. Michael Ray Williams