# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
February 18, 2025
Lyle W. Cayce
Clerk

No. 24-60462

State of Tennessee; State of Mississippi; State of Alabama; State of Georgia; State of Indiana; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Nebraska; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; Commonwealth of Virginia; State of West Virginia,

*Plaintiffs—Appellees*,

versus

Robert F. Kennedy, Jr., *Secretary, U.S. Department of Health and Human Services*; United States Department of Health and Human Services; Melanie Fontes Rainer, *in her official capacity as the Director of the Office for Civil Rights*; Centers for Medicare and Medicaid Services; Stephanie Carlton, *in her official capacity as Acting Administrator of* the Centers for Medicare and Medicaid Services,

*Defendants—Appellants*.

No. 24-60462

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-161

_____

ORDER:

    IT IS ORDERED that Appellants' unopposed motion to stay further proceedings in this case for 60 days to allow new officials sufficient time to become familiar with the issues in this case and determine how they wish to proceed is GRANTED.

*[signature]*
IRMA CARRILLO RAMIREZ
*United States Circuit Judge*