IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TENNESSEE; STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary, U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MELANIE FONTES RAINER, in her official capacity as the Director of the Office for Civil Rights; CENTERS FOR MEDICARE AND MEDICAID SERVICES; STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services,<br>    Defendants-Appellants. | No. 24-60462 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), and Local Rule 42.1, the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| JONATHAN SKRMETTI<br>  *Attorney General & Reporter*<br><br>/s/ *Steven J. Griffin*<br>J. MATTHEW RICE<br>  *Solicitor General*<br>STEVEN J. GRIFFIN<br>  *Senior Counsel for Strategic Litigation*<br>OFFICE OF THE TENNESSEE ATTORNEY<br>GENERAL<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-3491<br>matt.rice@ag.tn.gov<br>steven.griffin@ag.tn.gov<br>  *Counsel for Appellee State of Tennessee* | CHARLES W. SCARBOROUGH<br>  /s/ *McKaye L. Neumeister*<br>MCKAYE L. NEUMEISTER<br>  *Attorneys, Appellate Staff*<br>  *Civil Division, Room 7231*<br>  *U.S. Department of Justice*<br>  *950 Pennsylvania Avenue NW*<br>  *Washington, DC 20530*<br>  *(202) 514-8100*<br>    *Counsel for Appellants* |
| LYNN FITCH<br>  *Attorney General*<br><br>/s/ *Scott G. Stewart*<br>SCOTT G. STEWART<br>  *Solicitor General*<br>JUSTIN L. MATHENY<br>  *Deputy Solicitor General*<br>MISSISSIPPI ATTORNEY GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, Mississippi 39205<br>(601) 359-3680<br>scott.stewart@ago.ms.gov<br>justin.matheny@ago.ms.gov<br>*Counsel for Appellee State of Mississippi* | STEVE MARSHALL<br>  *Attorney General*<br><br>/s/ *A. Barrett Bowdre*<br>A. BARRETT BOWDRE<br>  *Principal Deputy Solicitor General*<br>OFFICE OF THE ATTORNEY<br>GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>(334) 242-7300<br>barrett.bowdre@AlabamaAG.gov<br>*Counsel for Appellee State of Alabama* |

CHRISTOPHER CARR
  *Attorney General*

/s/ *Stephen Petrany*
STEPHEN PETRANY
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Appellee State of Georgia*


KRIS W. KOBACH
  *Attorney General*

/s/ *Anthony Powell*
ANTHONY POWELL
  *Solicitor General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, Kansas 66612
(785) 296-4733
anthony.powell@ag.ks.gov
*Counsel for Appellee State of Kansas*


THEODORE E. ROKITA
  *Attorney General*

/s/ *James A. Barta*
JAMES A. BARTA
  *Solicitor General*
INDIANA ATTORNEY GENERAL'S OFFICE
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Appellee State of Indiana*


RUSSELL COLEMAN
  *Attorney General*

/s/ *Matthew F. Kuhn*
MATTHEW F. KUHN
  *Solicitor General*
COMMONWEALTH OF KENTUCKY OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
matt.kuhn@ky.gov
*Counsel for Appellee Commonwealth of Kentucky*

ELIZABETH B. MURRILL
  *Attorney General*

/s/ *J. Benjamin Aguinaga*
J. BENJAMIN AGUINAGA
  *Solicitor General*
KELSEY SMITH
  *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
aguinagaj@ag.louisiana.gov
*Counsel for Appellee State of Louisiana*


DAVE YOST
  *Attorney General*

/s/ *T. Elliot Gaiser*
T. ELLIOT GAISER
  *Solicitor General*
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Thomas.Gaiser@ohioago.gov
*Counsel for Appellee State of Ohio*

MICHAEL T. HILGERS
  *Attorney General*

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Appellee State of Nebraska*


GENTNER DRUMMOND
  *Attorney General*

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
  *Solicitor General*
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov
*Counsel for Appellee State of Oklahoma*

ALAN WILSON
  *Attorney General*

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK
  *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-4127
thomashydrick@scag.gov
*Counsel for Appellee State of South Carolina*

MARTY J. JACKLEY
  *Attorney General*

/s/ *Jonathan K. Van Patten*
JONATHAN K. VAN PATTEN
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota 57501
(605) 773-3215
clifton.katz@state.sd.us
*Counsel for Appellee State of South Dakota*

JASON S. MIYARES
  *Attorney General*

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
  *Principal Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S OFFICE
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us
*Counsel for Appellee Commonwealth of Virginia*

PATRICK MORRISEY
  *Attorney General*

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS
  *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY
GENERAL OF WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
*Counsel for Appellee State of Virginia*

MARCH 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 35 words, according to the count of Microsoft Word.

/s/ *McKaye L. Neumeister*
McKaye L. Neumeister